

## NUMBER 13-24-00561-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

CITY OF CORPUS CHRISTI,          Appellant,

v.

VERONICA ESQUIVEL AND
BONIFACIO CABALLERO,          Appellees.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 3
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice Fonseca**

Appellant, the City of Corpus Christi, perfected an appeal of the trial court's interlocutory order denying its plea to the jurisdiction in a suit brought by appellees Veronica Esquivel and Bonifacio Caballero. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8). The cause is before the Court on appellant's "Unopposed Motion For

Voluntary Dismissal" noting that the underlying trial court cause has been dismissed with prejudice.

Having reviewed appellant's motion, this Court finds that it is meritorious and should be granted. Accordingly, appellant's motion is granted and the appeal is hereby dismissed. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Costs will be assessed against appellant. *See* TEX. R. APP. P. 42.1(d). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
27th day of February, 2025.

2